# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**BRYAN BOBBITT and FRANKLIN FROST,**

      **Plaintiffs,**

v.                                          Case No:   6:13-cv-1592-Orl-22TBS

**FRANE'S AUTO RECYCLING, INC. and ED WALSH,**

      **Defendants.**

## ORDER

This cause is before the Court on Plaintiffs' Motion for Entry of Default Final Judgment Against Defendants, Frane's Auto Recycling, Inc. and Ed Walsh (Doc. No. 13) filed on January 27, 2014.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED in part and DENIED in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed March 11, 2014 (Doc. No. 15), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Plaintiffs' Motion for Entry of Default Final Judgment Against Defendants, Frane's Auto Recycling, Inc. and Ed Walsh (Doc. No. 13) is hereby GRANTED in part and DENIED in part. The Motion is GRANTED as to Count I, and DENIED AS MOOT as to Count

II.   Plaintiff Bobbitt is entitled to recover $17,044.24 in damages, and Plaintiff Frost is entitled to recover $3,865.52 in damages.

3. Plaintiffs are given leave to file a properly supported motion for attorneys' fees, costs and prejudgment interest (along with a calculation and per diem rate for each Plaintiff) by April 14, 2014. Thereafter the Clerk will be directed to enter judgment on the approved amounts.

**DONE** and **ORDERED** in Orlando, Florida on March 31, 2014.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties